# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael B. Selig,                            :
                    Appellant        :
                                             :
        v.                                   :        No. 2600 C.D. 2015
                                             :
The Zoning Hearing Board of North    :
Whitehall Township                   :

# **O R D E R**

NOW, September 28, 2016, upon consideration of appellant's petition for reconsideration and appellees' answers in response thereto, the petition is denied.

_____
MARY HANNAH LEAVITT,
President Judge